PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

Name of Individual Under Supervision: Yamil Gonzalez-Figueroa     Cr.: 21-00844-001
                                                                                        PACTS #: 4092013

Name of Sentencing Judicial Officer:    DANIEL R. DOMINGUEZ
                                               SENIOR UNITED STATES DISTRICT JUDGE

Name of Newly Assigned Judicial Officer:    THE HONORABLE KEVIN MCNULTY
                                                      UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/16/2014

Original Offense:    Count 1: Conspiracy to Possess with Intent to Distribute Controlled Substances within a Protected Location

Original Sentence: 72 months imprisonment, 96 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Financial Disclosure, Employment Requirements/Restrictions, Search/Seizure, DNA testing

Type of Supervision: Supervised Release                  Date Supervision Commenced: 12/12/2017

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | On June 5, 2022, Mr. Gonzalez-Figueroa was involved in a motor vehicle accident where he struck a double-parked vehicle from behind. At the time of the accident. Mr. Gonzalez-Figueroa was driving without a valid driver's license. Newark Police Department issued him a summons for Unlicensed Driver, in violation of 39:3-10. |

U.S. Probation Officer Action:
Mr. Gonzalez-Figueroa was reminded that he is not to operate a motor vehicle without a valid driver's license. He reported having a driver's permit but was not in the vehicle with another licensed driver. Besides the above noted infraction, Mr. Gonzalez-Figueroa is doing well, is gainfully employed, and recently completed outpatient substance abuse treatment. At this time, the probation office respectfully requests no Court action.

Prob 12A – page 2
Yamil Gonzalez-Figueroa

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   IVETTELIS PEREZ
Senior U.S. Probation Officer

/ ip

APPROVED:

*Kevin M. Villa*                              6/7/2022

KEVIN M. VILLA                    Date
Supervising U.S. Probation Officer

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

X   No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐   Submit a Request for Modifying the Conditions or Term of Supervision

☐   Submit a Request for Warrant or Summons

☐   Other

/s/ Kevin McNulty
Signature of Judicial Officer

6/7/2022
Date