PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

Name of Individual Under Supervision: Yamil Gonzalez-Figueroa     Cr.: 21-00844-001
   PACTS #: 4092013

Name of Sentencing Judicial Officer:    THE HONORABLE DANIEL R. DOMINGUEZ
   UNITED STATES DISTRICT JUDGE (D/PR)

Name of Reassigned Judicial Officer:    THE HONORABLE KEVIN MCNULTY
   UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/16/2014

Original Offense:    Count One: Conspiracy to Possess with Intent to Distribute Controlled Substance within a Protected Location, 21 U.S.C. §§ 841(b)(1)(B), 846 and 860, a Class B Felony

Original Sentence: 72 months imprisonment, 8 years supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Financial Disclosure, Employment Requirements/Restrictions, Search/Seizure, DNA testing

Type of Supervision: Supervised Release     Date Supervision Commenced: 12/12/2017

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Yamil Gonzalez-Figueroa violated the following standard condition of supervised release, **'The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician'**. |
| | Mr. Gonzalez submitted a urine sample on April 20, 2023, that returned positive for buprenorphine. |

U.S. Probation Officer Action:

Mr. Gonzalez-Figueroa admitted to this officer that he consumed a portion of a Suboxone strip on April 17, 2023. Mr. Gonzalez-Figueroa explained that he had become frustrated with being unemployed and with other life stressors. This officer addressed the drug use with Mr. Gonzalez-Figueroa by doing a risk-benefit analysis regarding his illegal drug use and how that can affect other aspects of his personal life and supervision. Mr. Gonzalez-Figueroa became emotional and admitted that he made a poor choice. He acknowledged that he would be risking the support of his family and the possibility of adverse action being taken against him by the Court.

Prob 12A – page 2
Yamil Gonzalez-Figueroa

On June 5, 2023, Mr. Gonzalez-Figueroa commenced employment with Federal Express. He advised that the company routinely drug tests him and that he cannot risk losing employment. At this time, we respectfully request no court action be taken against Mr. Gonzalez-Figueroa as he has been referred to Integrity House for a new substance abuse assessment and treatment as recommended. This office will continue to monitor Mr. Gonzalez-Figueroa's compliance and will notify the Court of any subsequent positive tests or further non-compliance.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   JENNIFER M. BONET
U.S. Probation Officer

/ jmb

APPROVED:

_____  06/23/2023
CARRIE H. BORONA             Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

/s/ Kevin McNulty
Signature of Judicial Officer

6/23/2023
Date